IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD M. TOWNS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TOM'S TRANSPLANTING, L.L.C., A Nebraska limited liability company; JOHN C. CZARNEK, and GRAND ISLAND EXPRESS, INC., a Nebraska Corporation;<br><br>Defendants. | **4:20CV3124**<br><br>**ORDER** |

Upon the unopposed notice of voluntary dismissal without prejudice, (Filing No. 20),

IT IS ORDERED that the clerk shall close this case.

Dated this 10th day of February, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge